**Columbia Phonograph Cabinet Company, appellee, v. Enterprise Sales Company, appellant. Gen. No. 28,534.**

Claim for goods sold and delivered and for moneys advanced. Counterclaim for commissions dismissed. Judgment for plaintiff on main issue. Appeal from the Municipal Court of Chicago; the Hon. Charles Schaeffer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed December 24, 1923.

Bennison F. Bartel, for appellant. E. Leslie Cole and R. W. Marrow, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Dr. D. H. Cunningham, plaintiff in error, v. The Nokol Company of Illinois, defendant in error. Gen. No. 27,831.**

Suit for merchandise sold. Plea of set-off. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Ryan, Condon & Livingston, for plaintiff in error; Walter E. Beebe, of counsel. William A. Rogan, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**H. D. Fowler, appellee, v. Union School Furnishing Company, appellant. Gen. No. 27,970.**

Suit for commissions for sale of school supplies. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed with a finding of fact. Opinion filed December 26, 1923.

E. C. Mapledoram, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**John Litwaites, also known as John Lepwietes, appellee, v. John L. Walker Company, appellant. Gen. No. 28,021.**

Suit on automobile insurance policy, for theft of automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Oscar R. Zipf, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Hollywood & Tate, for appellant; Thomas C. Hollywood and Murphy O. Tate, of counsel. Harris, Reinhardt & Corcoran, for appellee; Martin E. Corcoran, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.